


## ATTACHMENT A3

### Vehicle to be Searched

The "VEHICLE" to be searched is a red 2012 Nissan Versa, four door Hatchback, Florida license plate 58CHCL, VIN 3N1BC1CP3CK223972.



30